SAMUEL BENSON, Respondent, v. THAMES RIVER WOOLEN MILLS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

CHAUNCEY D. PEASE, Suing on His Own Behalf as Well as on Behalf of All the Other Owners and Holders of the Common Stock of the Defendant, PEASE PIANO COMPANY, Respondent, v. GEORGE N. TAYLOR, Appellant, Impleaded with PEASE PIANO COMPANY, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application of ELIZABETH O'DEA, Appellant, to Cancel and Set Aside a Subpoena Duces Tecum, etc. JOINT LEGISLATIVE COMMITTEE ON HOUSING, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application of BUILDERS' SUPPLY BUREAU, Appellant, to Cancel and Set Aside a Subpoena Duces Tecum, etc. JOINT LEGISLATIVE COMMITTEE ON HOUSING, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application of ASSOCIATION OF DEALERS IN MASONS' BUILDING MATERIALS, Appellant, to Cancel and Set Aside a Subpoena Duces Tecum, etc. JOINT LEGISLATIVE COMMITTEE ON HOUSING, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion, Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MIDDLEBROOK, McDONALD & Co., INC., and Others, Appellants, v. FREDERIC K. MIDDLEBROOK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

JOHN E. MADDEN, Respondent, v. JOHN H. ROSSETER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application for the Adoption of LLOYD ALBIN CARLSON, an Infant. CARL H. CARLSON, Appellant; ALBERT H. PAGEL and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.